**FILED**
MAR 17 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAWRENCE L. JACKSON )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL F. SHEAHAN, Sheriff; )<br>COUNTY OF COOK, Illinois; )<br>CALLIE L. BAIRD; and )<br>RASHANDA CARROLL, )<br>)<br>Defendants. ) | Case No. 04C 7021<br><br>Judge Wayne R. Andersen |

### MOTION TO WITHDRAW

Pro-se plaintiff, Lawrence L. Jackson, voluntarily request to have the above referenced lawsuit withdrawn.

By: *[signature]*
Lawrence L. Jackson, Pro-se Litigant
7465 S. South Shore Drive, Apartment 213
Chicago, Illinois 60649
(773) 375-6846